ARAMINTA CRIPPIN et al., Appellants, *v.* SUNSHINE TRANS-PORTATION CORPORATION et al., Defendants, and THE BORDEN COMPANY, Respondent.

Argued November 27, 1940; decided December 31, 1940.

*Herbert Kaufman* for appellants.
*John A. Kelly* for respondent.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division on the ground that there was a fair question of fact as to the defendant's negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.